# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JOHN BRILEY**  PETITIONER

**VS.**  **CASE NO. 5:04CV00446 HDY**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**  RESPONDENT

## ORDER

Petitioner seeks a certificate of appealability in this habeas corpus action. Pursuant to 28 U.S.C. 2253(c)(2), such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." We have reviewed the allegations contained in the petitioner's request for certificate of appealability and find the petitioner has not made the requisite showing. Accordingly, the motion for certificate of appealability is denied.

IT IS SO ORDERED this  8  day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE